

February 23, 2009

Honorable Joel A. Pisano
U. S. District Court Judge
United States District Court
Clarkson S. Fisher Fed. Bldg.
& United States Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:**   *Dr. Reddy's Laboratories  v. AstraZeneca AB et al.*, Civ. No. 08-2496

Dear Judge Pisano:

On behalf of both parties, enclosed please find a proposed order pursuant to the February 20, 2009 conference in the above-captioned case.

Respectfully Submitted,

*s/ Andrew T. Berry*

Andrew T. Berry

cc: All Counsel of Record

Andrew T. Berry
Partner
T. 973.639.2097
F. 973.297.3952
aberry@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 8164399v.1